ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                :    **SUPERSEDING INFORMATION**

    - v. -                              :

BERTRILLE LUCAS,                        :    S8 13 Cr. 414 (SHS)
    a/k/a "Kiki,"
                                        :
        Defendant.

- - - - - - - - - - - - - - - - - - x

COUNT ONE

The United States Attorney charges:

1.  In or about 2013, in the Southern District of New York, BERTRILLE LUCAS, a/k/a "Kiki," the defendant, intentionally and knowingly did use a communication facility in committing and in causing and facilitating the commission of a felony under subchapter I of Chapter 13 of Title 21, United States Code, to wit, LUCAS used a telephone in the course of facilitating the felony of conspiring to distribute and possess with intent to distribute a controlled substance, to wit, cocaine base, in a form commonly known as "crack," in violation of Title 21, United States Code, Sections 812, 841(a)(1), 841(b)(1)(C), and 846.

(Title 21, United States Code, Section 843(b).)

                                          *Preet Bharara*
                                        PREET BHARARA
                                        United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

BERTRILLE LUCAS,
a/k/a "Kiki,"

Defendant.

**SUPERSEDING INFORMATION**

S8 13 Cr. 414 (SHS)

(21 U.S.C. § 843(b))

PREET BHARARA
United States Attorney.