# MEMORANDUM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/15

TO: Honorable Sidney H. Stein
U.S. District Judge

FROM: **Carlos Ramirez**
U.S. Pretrial Services Officer

RE: USA v. Bertrille Lucas
DOCKET #: 1:13-CR-414-24(SHS)

The attached memorandum was prepared by Pretrial Services Officer

| Carlos Ramirez | 805-4136 |
|---|---|
| Name | Phone Number |

will present to Your Honor significant details about the Bail Conditions which were imposed on the above-name defendant.

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[ ]  I have reviewed the information that you have supplied. I do not believe that this matter requires any action by the Court at this time.

[X]  My office will inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom # 23H on June 3, 2015 at 2:30 p.m.
     Date               Time

[ ]  I request that a Bail Review Hearing be conducted by:

   [ ]  The presiding Magistrate Judge in courtroom # 5A.

   [ ]  The District Court Judge presiding in Part I.

   [ ]  _____
        Judicial Officer
        at his/her earliest convenience.

**JUDICIAL OFFICER QUALITY IMPROVEMENT COMMENTS**: This space is available for you to provide us with your thoughts or comments on the quality or content of this report. We are interested in knowing what we could have done differently or better to improve the value of this report to you. Thank you, Arthur Penny, Chief U.S. Pretrial Services Officer.

_____

_____

_____